# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JUAN P. GRIFFIN, <br> *Plaintiff* <br> v. <br> THE NATIONAL 911 SYSTEM, et al., <br> *Defendant* | ) ) ) ) ) Civil Action No. 2:16-CV-0206-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The construed Second Amended Complaint (ECF No. 12) and the claims therein are DISMISSED WITH PREJUDICE and without costs or attorneys' fees awarded to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush

Date: 01/04/2017

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas